FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4/5/2024
JEFFREY P. COLWELL, CLERK

# United States District Court for the District of Colorado

**Plaintiff**
M.A.Y.

**Vs.**

**Defendants**

Colorado State Police
Arvada Police Department
Brighton Police Department
Jefferson County DMV
John Doe (placeholder name for unknown police officer)

**Case Number:**

## Criminal Complaint

I, M.A.Y., a resident of Colorado with an address of (Confidential) am the Plaintiff in this case. I bring this lawsuit against the Defendants for their concerted efforts to steal and conceal my lawfully owned vehicle, a 2012 Honda Insight with VIN JHMZE2H72CS003124. These deliberate actions resulted in the deprivation of my property and a blatant disregard for my civil rights.

### STATEMENT OF FACTS

**1. Theft and Prompt Reporting:** In February 2022, my 2012 Honda Insight was stolen from Bank of America. I immediately uncovered a theft report filed with the Arvada Police Department and filed a police report, a copy of which was attempted, but Arvada Police Failed to honor my FOIA request. The report was made by two felons, who work in a car theft ring, and the Arvada Police Department is covering their tracks, and obstructing justice.

**2. Fraudulent Title and Registration Scheme:** In a blatant act of defiance, Defendants, in collaboration with an unknown Arvada Police Officer (John Doe), used fraudulent title and registration documents for my stolen vehicle. This scheme allowed them to get a plate for the car within the Colorado system under pretenses, effectively concealing the ongoing theft. And Jefferson County DMV, conspired with them to do so.

**3. Law Enforcement Inaction and Complicity:** Over the next two years, I persistently attempted to report the fraudulent title and registration to both the Arvada Police Department and the Colorado State Police. However, their response was characterized by a complete lack of investigation and a disregard for my legitimate concerns. This inaction directly facilitated the ongoing conspiracy and prevented me from reclaiming my stolen property.

**4. Unlawful Pickup of Stolen Vehicle:** The corrupt Brighton Police Department has recently been reported to have picked up the stolen vehicle. This action showcases the audacity of the conspiracy and the continuous violation of my ownership rights. Moreover, I faced obstacles in registering or selling my vehicle as a result of a fraudulent stolen vehicle report in the system, which unjustly prevented me from exercising my fundamental property rights. Despite obtaining a VIN verification from the same company that reported it stolen, the vehicle was mysteriously flagged as stolen at the DMV, highlighting the incompetence of the corrupt Colorado Public Safety system.

**CAUSES OF ACTION**

**1. Conspiracy and Theft**

The Defendants, acting in concert, engaged in a criminal conspiracy to deprive me of my rightful ownership of my 2012 Honda Insight. This conspiracy involved:

- **Falsifying Title Work:** The creation and utilization of fraudulent title documents to conceal the theft and establish false ownership.
- **Misuse of State Registration System:** The abuse of Colorado's registration system to register a stolen vehicle under false pretenses.
- **Potential Interstate Transportation:** If the vehicle was ever transported across state lines during the theft or subsequent sales, the Defendants may have violated federal law.

**Legal Arguments:**

- **Colorado Revised Statutes § 18-1-105 (Theft):** This statute clearly defines theft as the unlawful taking of another's property. The Defendants' actions in stealing the vehicle and then creating a false ownership narrative fall squarely within this statute.
- **Pinkerton v. United States (1946):** This landmark Supreme Court case established that a defendant can be held liable for the acts of a co-conspirator if those acts were committed in furtherance of the overall conspiracy. In this case, the Defendant's actions in obtaining the fraudulent title and John Doe's (unknown officer) act of turning a blind eye or actively participating in the scheme both contribute to the overall theft and deprivation of your property.

**2. Deprivation of Property and Civil Rights**

The Defendants' actions directly resulted in the loss of my vehicle and the inability to exercise my ownership rights. Furthermore, their inaction violated my fundamental civil rights.

- **Fourth Amendment:** The Fourth Amendment protects individuals from unreasonable seizures of property. By effectively confiscating my vehicle through

inaction and a fraudulent title system, the Defendants violated this constitutional right.

- **Lucas v. North Carolina Coastal Management Commission (1992):** This Supreme Court case established that a government action that effectively takes away all economic value of a property constitutes a "taking" under the Takings Clause of the Fifth Amendment. In this instance, the fraudulent title essentially rendered your vehicle unusable and inaccessible, constituting a de facto taking of your property.

### 3. Violation of Federal Statutes

The Defendants' actions potentially violated various federal statutes, including:

- **18 U.S.C. § 2321 - Transportation of Stolen Vehicles:** If the stolen vehicle ever crossed state lines during the conspiracy, this federal statute may have been violated. The interstate transport of a stolen vehicle is a serious crime, and the involvement of a law enforcement officer in such a scheme is a particularly egregious offense.
- **18 U.S.C. § 371 - Conspiracy to Commit Offense or Defraud the United States:** The coordinated effort to create fraudulent documents and deprive me of my vehicle represents a potential conspiracy under this statute.
- **18 U.S.C. § 1001 - Making False Statements to a Government Agency:** Submitting fraudulent title paperwork to state authorities, with the intent to deceive, constitutes a violation of this federal statute. This is significant because it demonstrates the intent to deceive, not simply an administrative error.
- **42 U.S.C. § 1983 - Deprivation of Rights Under Color of Law:** The actions of the Colorado State Police and Arvada Police Department, acting through their official duties as law enforcement agencies, amount to a deprivation of my

Constitutional rights under color of law. This statute provides a civil remedy for such violations.

**Heightening the Severity of Law Enforcement Complicity**

The involvement of John Doe, an Arvada Police Officer, in this scheme warrants particular emphasis. Public trust in law enforcement depends on officers upholding the law, not subverting it. This conduct undermines the very foundations of law and order. Relevant legal considerations include:

- **Official Misconduct Under Colorado Revised Statutes § § 18-8-404, 18-8-405:** A law enforcement officer who abuses their power can be charged with Official Misconduct. John Doe's participation in or facilitation of the fraudulent title scheme could fall under these statutes.
- **Brady v. Maryland (1963)** This landmark Supreme Court case mandates that law enforcement agencies must disclose exculpatory evidence, including records of officer misconduct. The persistent refusal by the Arvada Police Department to acknowledge and investigate this situation suggests a deliberate disregard for this foundational rule of due process, potentially violating both civil liberties and criminal discovery requirements.

**REQUEST FOR RELIEF**

I respectfully request that the Court grant the following:

1. **Immediate Recovery and Return:** Order the immediate seizure and return of my 2012 Honda Insight, VIN JHMZE2H72CS003124, regardless of its current location.
2. **Title and Registration Rectification:** Invalidate the fraudulent title and registration issued for my vehicle. Furthermore, bar any future title issuance

    without my direct authorization and the investigation of any DMV employees or other individuals involved in facilitating the original fraud.

3. **Damages:** Award compensatory damages for the loss of use, any damages the vehicle sustained, emotional distress, and the financial burden of pursuing this case.

4. **Punitive Damages:** Award punitive damages against the Defendants in a substantial amount sufficient to deter future misconduct and abuse of power by law enforcement agencies and individual officers.

5. **Costs and Fees:** Award all costs associated with this action, including attorney fees, filing fees, and other litigation expenses.

6. **Formal Investigation and Disciplinary Action:** Conduct a thorough investigation into the involvement of John Doe and any other Arvada police officers who aided the conspiracy or willfully neglected their duties. Initiate disciplinary action, up to and including termination of employment and potential criminal charges, as warranted by the findings.

7. **Policy Reform:** Order the Colorado State Police and the Arvada Police Department to develop and implement policies to prevent such abuses, including robust oversight mechanisms for handling reports of stolen vehicles and fraudulent titles.

**JURY TRIAL DEMAND** I demand a trial by jury on all issues so triable.

**CONCLUSION**

This case highlights a disturbing pattern of misconduct by both individuals and government agencies tasked with protecting the public. Law enforcement complicity in the theft and concealment of my vehicle demonstrates a complete disregard for citizens' rights and public trust. This Court must act decisively to restore my property, hold the

wrongdoers accountable to the fullest extent of the law, and initiate reforms within the system to prevent similar abuses in the future.

**Dated:** April 2, 2024

**Sincerely,**

**M.A.Y., Pro-se**

**All Rights Reserved**